| | |
|---|---|
| 1 | Jason E. Fellner - 245364 |
| | JFellner@mpbf.com |
| 2 | MURPHY, PEARSON, BRADLEY & FEENEY |
| 3 | 88 Kearny Street, 10th Floor |
| | San Francisco, CA 94108-5530 |
| 4 | Telephone: (415) 788-1900 |
| | Facsimile: (415) 393-8087 |
| 5 | Attorneys for Defendant |
| 6 | MEDITE CANCER DIAGNOSTICS, INC. |
| | |
| 7 | David J. Millstein - 87878 |
| | dmillstein@millstein-law.com |
| 8 | Gerald S. Richelson - 267705 |
| | grichelson@millstein-law.com |
| 9 | MILLSTEIN & ASSOCIATES |
| 10 | 100 The Embarcadero, Suite 200 |
| | San Francisco, CA 94105 |
| 11 | Telephone: (415) 348-0348 |
| | Facsimile: (415) 348-0336 |
| 12 | Attorneys for Defendant |
| | LEWIS OPPORTUNITY FUND, L.P. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCULLOUGH, JR., an individual; and, DR. ZHONGXI ZHENG, an individual, derivatively on behalf of MEDITE CANCER DIAGNOSTICS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM AUSTIN LEWIS IV, an individual; STEPHEN VON RUMP, an individual; DR. JOHN ABELES, an individual; JOEL KANTER, an individual; GREGORY FORTUNOFF, an individual; and LEWIS OPPORTUNITY FUND L.P., a Delaware Limited Partnership,<br><br>Defendants.<br><br>and<br><br>MEDITE CANCER DIAGNOSTICS, INC., a Delaware Corporation,<br><br>Nominal Defendant. | Case No.: 3:18-cv-02864-RS<br><br>**DECLARATION OF DEFENDANT STEPHEN VON RUMP IN FURTHER SUPPORT OF NOMINAL DEFENDANT MEDITE CANCER DIAGNOSTICS, INC. AND DEFENDANT LEWIS OPPORTUNITY FUND, L.P.'S RE-NOTICE OF MOTION TO SET ASIDE ENTRY OF DEFAULT [DKT. NO. 32]**<br><br>**Date:** October 4, 2018<br>**Time:** 1:30 P.M.<br>**Place:** Courtroom 3 of Honorable Richard Seeborg |

- 1 -

DECLARATION OF STEPHEN VON RUMP

Case No. 3:18-CV-02864-RS

I, STEPHEN VON RUMP, hereby declare:

1. I am currently the CEO of Defendant Medite Cancer Diagnostics, Inc. ("Medite" or "the Company") and am also the Managing Director of Medite GmbH. I make this Declaration based on my personal knowledge and review of the relevant documents in further support of Defendants Medite's and Lewis Opportunity Fund, L.P.'s ("Opportunity Fund") Motion to Set Aside Entry of Default.

2. With the assistance of persons working at my direction, I have reviewed the list of entities put forth in paragraph 5 of the Declaration of Robert McCullough to which he stated Medite "routinely conducts extensive sales activities within California, selling and distributing its products to following entities." Since Jan 1, 2017, Medite has engaged in one transaction with any of the customers identified in Mr. McCullough's declaration. The transaction was through an intermedite distributor in the amount of $22.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed this _25th_ day of August, 2018, in _St. Louis, MO_ .


By: /s/Stephen Von Rump
STEPHEN VON RUMP

DECLARATION OF DEFENDANT STEPHEN VON RUMP

Case No. 3:18-CV-02864-RS