UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCULLOUGH, JR. and DR. ZHONGXI ZHENG, derivatively on behalf of MEDITE CANCER DIAGNOSTICS, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILLIAM AUSTIN LEWIS IV, STEPHEN VON RUMP, DR. JOHN ABELES, JOEL KANTER, GREGORY FORTUNOFF and LEWIS OPPORTUNITY FUND L.P.,<br><br>    Defendants,<br><br>    and<br><br>MEDITE CANCER DIAGNOSTICS, INC.,<br><br>    Nominal Defendant | Case No.: 3:18-cv-02864<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER TO TRANSFER VENUE TO THE DISTRICT COURT FOR THE DISTRICT OF DELAWARE** |

Plaintiffs Robert McCullough, Jr. and Dr. Zhongxi Zheng ("Plaintiffs") and Defendants Medite Cancer Diagnostics, Inc., Lewis Opportunity Fund, L.P., William Austin Lewis IV, Stephen Von Rump, Dr. John Abeles, Joel Kanter and Gregory Fortunoff ("Defendants," collectively, the "Parties") submit this Stipulation and Proposed Order.

# RECITALS

1. On October 23, 2018, Defendants filed a Motion to Dismiss the Plaintiffs' Complaint.

2. Counsel for the Parties have met and conferred, and agree to Transfer Venue to the District Court for the District of Delaware

# STIPULATION AND PROPOSED ORDER

1. IT IS HEREBY STIPULATED by and between the Parties that the Court shall Transfer Venue to the District Court for the District of Delaware, and vacate all pending dates and hearings currently on calendar in the Northern District of California.

IT IS SO STIPULATED AND AGREED, THROUGH COUNSEL OF RECORD.

DATED: November 16, 2018     BALDWIN MADER LAW GROUP

By: /s/ *Christopher Mader*
PATRICK BALDWIN
CHRISTOPHER P. MADER
*Attorneys for Plaintiffs*

DATED: November 16, 2018     OLSHAN FROME WOLOSKY LLP

By: /s/ *Richard Nicholson*
John G. Moon, Esq.
Richard W. Nicholson, Jr., Esq.
*Attorneys for Defendant Medite Cancer Diagnostics, Inc.*

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| DATED: November 16, 2018 | | MURPHY, PEARSON, BRADLEY & FEENEY |

By:   /s/ *Jason Fellner*
Jason E. Fellner, Esq.
Alston L. Lew, Esq.
*Attorneys for Defendant Medite Cancer Diagnostics, Inc.*

DATED: November 16, 2018    MILLSTEIN & ASSOCIATES

By:   /s/ *Gerald Richelson*
David J. Millstein, Esq.
Gerald S. Richelson, Esq.
*Attorneys for Defendants Lewis Opportunity Fund, L.P., William Austin Lewis IV, Stephen von Rump, Dr. John Abeles, Joel Kanter and Gregory Fortunoff*

IT IS SO ORDERED.

DATED: 11/19/18    By: [signature]
Judge of the District Court

STIPULATION AND [PROPOSED] ORDER
- 3 -